IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF/GARNISHOR

v.                          Case No. 2:21-mc-107 PKH

OSCAR AMOS STILLEY                                           DEFENDANT

v.

CORNERSTONE STRUCTURAL ENGINEERING, INC.                     GARNISHEE

### DEFENDANT OSCAR STILLEY'S ENTRY OF APPEARANCE

Comes now Defendant Oscar Stilley (Stilley) and enters his appearance in the captioned case. Stilley's full contact information is set forth below.

Respectfully submitted,

By: /s/ Oscar Stilley            December 13, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Oscar Stilley hereby certifies that he caused this pleading to be filed via CM/ECF, and therefore caused to be served all parties to this litigation, who have CM/ECF filing privileges. Stilley has also served a copy of this pleading on Garnishee (with Garnishee's permission) by email at john@csengineeringinc.com.