IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                          PLAINTIFF/GARNISHOR

v.                              Case No. 2:21-mc-107 PKH

OSCAR AMOS STILLEY                                                           DEFENDANT

v.

CORNERSTONE STRUCTURAL ENGINEERING, INC.                    GARNISHEE

**DEFENDANT OSCAR STILLEY'S MOTION FOR CM/ECF FILING PRIVILEGES**

Comes now Defendant Oscar Stilley (Stilley) and for his motion for CM/ECF privileges states:

1.      Stilley was a practicing Arkansas lawyer for some 19 years, prior to disbarment.

2.      Stilley was a CM/ECF registrant for many years, in many different federal district courts, while he practiced law.

3.      Stilley is at the present time a CM/ECF registrant, for his own litigation, in three separate US district courts.  Those courts are the Northern District of Oklahoma (OKND) (for the criminal case out of which this miscellaneous case arises), the Western District of Texas, and the Northern District of Illinois (ILND).

4.      Stilley recently took a training course as a prerequisite for the CM/ECF privileges in the ILND, but was not required to take any training for pro se CM/ECF privileges in the other two jurisdictions.

5.      Stilley is willing to do any training required by this Court, for pro se litigants seeking CM/ECF privileges.

6.      CM/ECF privileges will reduce the time and effort required of clerk's office personnel,

for filings in this case.

WHEREFORE, Stilley respectfully requests that this Court order the Clerk to provide Stilley with credentials for an active CM/ECF account, for use on this case only, said credentials to be sent to oscarstilley@gmail.com; and for such other and further relief as may be appropriate, whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley                             December 13, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Oscar Stilley hereby certifies that he caused this pleading to be filed via CM/ECF, and therefore caused to be served all parties to this litigation, who have CM/ECF filing privileges. Stilley has also served a copy of this pleading on Garnishee (with Garnishee's permission) by email at john@csengineeringinc.com.